# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

      v.                        Case No. 06-CR-62

RUBEN AVILES

## ORDER FOR RETURN OF BAIL

Upon the application of Victoria Conners;

**IT IS ORDERED** that the Clerk of Court return to: Attorney John A. Cabranes, 1442 North Memorial Drive, the sum of $5,000.00 deposited in the registry as bail for the defendant.

Dated at Milwaukee, Wisconsin, this 8th day of December, 2006.

                                                     s/ Rudolph T. Randa
                                                   RUDOLPH T. RANDA
                                                   Chief, U.S. District Judge